# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EDRYCK DANTE MOONEY | ) |
| | ) No. 3:19-cv-655 |
| v. | ) JUDGE TRAUGER |
| | ) |
| UNITED STATES OF AMERICA | ) |

## ORDER

The defendant has filed a Motion for Imposition of a Reduced Sentence. The government joins in that motion. The defendant's motion has merit and, therefore, is GRANTED. In accordance with the agreement of the parties, the Court vacates Mooney's convictions under 18 U.S.C. § 924(c), which are Counts 5, 12, 19, and 15. Furthermore, the court imposes a sentence of 210 months on each of the remaining counts, which are Counts 1, 2, 3, 4, 6, 7, 8, 9, 14, 15, 16, 17, 21, 22, 23, 24, and 26. The Court orders each of those sentences to run concurrently. The Court orders that the custodial sentences be followed by concurrent terms of 3 years of supervised release.

The Court adds the following special conditions to the conditions of supervised release (Special Conditions numbers 2 and 3 supplement the original judgment's Special Condition number 4):

1. The defendant shall be on home detention for 90 days of supervision beginning as soon as practicable from time of release from custody. While on home detention, the defendant is required to remain in his residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and such other times as may be specifically authorized by the United States Probation Office. Electronic monitoring may be used to monitor your compliance with home detention at the discretion of the United States Probation Office. The defendant shall pay all or part of the cost of any monitoring system if the United States Probation Office determines the defendant has the financial ability to do so.

2. The defendant shall not associate with anyone known to the defendant to be a member of the Bloods Gang and others known to the defendant to be participants in the Bloods Gang's criminal activities, with the exception of the defendant's family members. The defendant may not

wear, display, use or possess any gang insignias, emblems, badges, buttons, caps, hats, jackets, shoes, or any other clothing that defendant knows evidence affiliation with the Bloods Gang, and may not display any signs or gestures that defendant knows evidence affiliation with the Bloods Gang.

3. As directed by the Probation Officer, the defendant shall not be present in any area known to the defendant to be a location where members of the Bloods Gang meet or assemble.

Finally, in the original judgment, the Court previously imposed a condition regarding drug use and drug testing. That condition is replaced by the following special condition.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, **not to exceed eight tests per month**, as directed by the Probation Officer.

It is so ORDERED.

ENTERED this 17th day of ____April____, 2020.

_____
ALETA A. TRAUGER
U.S. District Judge

2

Case 3:19-cv-00655   Document 12   Filed 04/17/20   Page 2 of 2 PageID #: 45